# Court of Appeals
# of the State of Georgia

ATLANTA, November 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0005.  SARFO v. PNC BANK N. A.**

Agnes Sarfo filed this emergency motion seeking an order that would stay eviction proceedings in order to allow her to appeal a combined grant of summary judgment and grant of a writ of possession issued by the Superior Court of Douglas County. Sarfo's motion shows that the case came to the superior court by appeal from the Magistrate Court of Douglas County from an order granting a writ of possession for real property. On November 5, 2013, the superior court granted summary judgment and a writ of possession in favor of PNC Bank N. A. and entered judgment that day; Sarfo admits that she received notice of the decision on November 9, 2013. OCGA § 44-7-56 provides that any appeal of a dispossessory judgment must be filed within seven days of when the judgment was entered, but Sarfo failed to file a notice an appeal of the judgment within that time. As a result, Sarfo may not challenge the writ of possession. See *Fritz v. Shadwich*, 312 Ga. App. 906 (720 SE2d 361) (2011); *Radio Sandy Springs v. Allen Rd. Joint Venture*, 311 Ga. App. 334 (715 SE2d 752) (2011).

For the above reasons, Sarfo has failed to state a ground for emergency relief under Rule 40 (b). Sarfo's emergency motion is therefore DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/18/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*